United States District Court

Eastern District of California

-oOo-

Juan V. Corona,

    Plaintiff,

vs.

California State Prison, Corcoran,

    Defendant.

No. Civ. S 05-2418 LKK PAN P

Order

Plaintiff, a state prisoner without counsel, seeks to commence a civil rights action pursuant to 42 U.S.C. § 1983. He has neither paid the filing fee nor requested leave to proceed in forma pauperis.

Plaintiff apparently alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should be commenced there. See Local Rule 3-120(b).

Accordingly, the court hereby orders that:

1. This action is transferred to the Fresno Division.
2. The clerk of court shall assign a new case number.
3. All future filings shall reference the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

Dated: December 13, 2005.

                     /s/ Peter A. Nowinski
                     PETER A. NOWINSKI
                     Magistrate Judge